UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 21, 2024
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEX ALTOH<br><br>Defendant. | Case No. 2:24-cr-00030-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ALEX ALTOH</u> Case No. <u>2:24-cr-00030-JAM</u> Charges <u>18 USC § 1956(h)</u> from custody for the following reasons:

<u>   X   </u>   Release on Personal Recognizance with Pretrial conditions

_____   Bail Posted in the Sum of $ _____

_____   Unsecured Appearance Bond $ _____

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

_____   (Other): _

Issued at Sacramento, California on February 21, 2024 at 2:00 PM

By: */s/ Jeremy Peterson*

Magistrate Judge Jeremy D. Peterson