1   WILLIAM J. PORTANOVA, SBN: 106193
    Portanova & Associates
2   400 Capitol Mall, Suite 1100
    Sacramento, CA 95814
3   Telephone: (916) 444-7900
    Fax: (916) 444-7998
4   Wjp@Portanova.com

5   Attorney for Defendant
    ALEX ALTOH
6

7

8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,        Case No. 2:24-cr-00030-JAM-1
12
                Plaintiff,           **STIPULATION TO CONTINUE STATUS**
13                                   **CONFERENCE AND EXCLUDE TIME**
         v.                          **UNDER THE SPEEDY TRIAL ACT;**
14                                   **FINDINGS AND ORDER**
    ALEX ALTOH,
15                                   **DATE:  April 9, 2024**
                Defendant.           **TIME:  9:00 a.m.**
16                                   **COURT: Hon. John A. Mendez**

17

18       Defendant, ALEX ALTOH, by and through his undersigned

19  counsel, and Plaintiff United States of America, by and through

20  its undersigned counsel, hereby stipulate as follows:

21       1.   This matter is set for status on April 9, 2024, and

22  time was excluded through April 9, 2024, pursuant to 18 U.S.C. §

23  3161(h)(7)(A), (B)(iv) (Local Code T4).

24       2.    By this stipulation, the parties jointly request that

25  the Court continue the status conference to **May 07, 2024, at 9:00**

26  **a.m.**  The parties further request that the Court exclude time

27  under the Speedy Trial Act from April 9, 2024, through May 7,

28  2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code

                                    1

1  T4).

2      3.   The parties stipulate, and request the Court find the

3  following:

4          a) Defense counsel substituted in as Mr. Altoh's

5  counsel of record on March 6, 2024.

6          b) Defense counsel has received 316,670 pages of

7  discovery that include, among other things, investigative

8  reports, financial records, and other business records.  Counsel

9  for the defendant would like time to review the evidence, conduct

10 independent factual investigations, discuss resolution options,

11 research sentencing issues, and otherwise prepare for trial.

12         c)   Defense counsel believes that failure to grant the

13 above-requested continuance would deny counsel the reasonable

14 time necessary for effective preparation, taking into account the

15 exercise of due diligence.

16         d)   The government does not object to the continuance.

17         e)   Based on the above stated findings, the ends of

18 justice served by continuing the case outweigh the interest of

19 the public and the defendant in a trial within the original date

20 prescribed by the Speedy Trial Act.

21         f)   For the purpose of computing time under the Speedy

22 Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must

23 commence, the time period of April 9, 2024, up to and including,

24 May 7, 2024, is deemed excludable under 18 U.S.C. §

25 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a

26 continuance granted by the Court at the defendant's request on

27 the basis of the Court's finding that the ends of justice served

28 by taking such action outweigh the best interest of the public

1  and defendant in a speedy trial.

2       IT IS SO STIPULATED.

3  DATED: April 3, 2024          Respectfully submitted,

4

5

6                                */s/ William J. Portanova*
                                 WILLIAM J. PORTANOVA

7                                Attorney for Defendant
                                 ALEX ALTOH
8

9

10 DATED: April 3, 2024          PHILLIP A. TALBERT
                                 United States Attorney
11

12
                                 */s/ Denise Yasinow*
13                               DENISE YASINOW
                                 Assistant United States Attorney
14

15                         **FINDINGS AND ORDER**

16      IT IS SO FOUND AND ORDERED.

17

18  Dated: April 03, 2024        /s/ John A. Mendez

                                 THE HONORABLE JOHN A. MENDEZ
19                               SENIOR UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                   3