```
1   WILLIAM J. PORTANOVA, SBN: 106193
    Portanova & Associates
2   400 Capitol Mall, Suite 1100
    Sacramento, CA 95814
3   Telephone: (916) 444-7900
    Fax: (916) 444-7998
4   Wjp@Portanova.com

5   Attorney for Defendant
    ALEX ALTOH
6
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00030-JAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT; FINDINGS AND ORDER** |
| v. | |
| ALEX ALTOH, | |
| Defendant. | **DATE: May 7, 2024**<br>**TIME: 9:00 a.m.**<br>**COURT: Hon. John A. Mendez** |

Defendant, ALEX ALTOH, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for status on May 7, 2024, and time was excluded through May 7, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4).

2. By this stipulation, the parties jointly request that the Court continue the status conference to **June 18, 2024, at 9:00 a.m.** The parties further request that the Court exclude time under the Speedy Trial Act from May 7, 2024, through June 18, 2024, pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local

1

Code T4).

3. The parties stipulate, and request the Court find the following:

    a) Defense counsel substituted in as Mr. Altoh's counsel of record on March 6, 2024.

    b) Defense counsel has received 316,670 pages of discovery that include, among other things, investigative reports, financial records, and other business records. Counsel for the defendant would like time to review the evidence, conduct independent factual investigations, discuss resolution options, research sentencing issues, and otherwise prepare for trial.

    c) Defense counsel believes that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d) The government does not object to the continuance.

    e) Based on the above stated findings, the ends of justice served by continuing the case outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et. seq., within which trial must commence, the time period of May 7, 2024, up to and including, June 18, 2024, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A), (B)(iv) (Local Code T4), as it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public

and defendant in a speedy trial.

    IT IS SO STIPULATED.

DATED: May 1, 2024          Respectfully submitted,

                                */s/ William J. Portanova*
                                WILLIAM J. PORTANOVA

                                Attorney for Defendant
                                ALEX ALTOH

DATED: May 1, 2024          PHILLIP A. TALBERT
                                United States Attorney

                                */s/ Denise Yasinow*
                                DENISE YASINOW
                                Assistant United States Attorney

**FINDINGS AND ORDER**

    IT IS SO FOUND AND ORDERED.

Dated: May 01, 2024          /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                SENIOR UNITED STATES DISTRICT JUDGE