WILLIAM J. PORTANOVA, State Bar No. 106193
Portanova & Associates
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Wjp@Portanova.com

Attorney for Defendant
ALEX ALTOH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-cr-00030-JAM-1 |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| v. | DATE: February 11, 2025 |
| ALEX ALTOH, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. John A. Mendez |

Defendant, ALEX ALTOH, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 11, 2025.

2. By this stipulation, the parties jointly request that the Court continue J&S to **March 11, 2025, at 9:00 a.m.**

3. Defense counsel has spoken with AUSA Denise Yasinow and the parties are in agreement to continue Judgment and Sentencing to Tuesday, March 11, 2025, at 9:00 am before the Honorable Judge John A. Mendez to allow defense counsel additional time to receive medical records relevant toward sentencing as Mr. Altoh is currently undergoing testing, diagnostics and treatment for chronic shoulder pain. United States Probation Officer Miranda Lewis has been notified and has no objection.

The parties have also agreed to continue the Presentence Report schedule as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | **March 11, 2025** |
| Reply or Statement of Non-Opposition: | **March 4, 2025** |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | **February 25, 2025** |

IT IS SO STIPULATED.

DATED: February 4, 2025          Respectfully submitted,


                                 */s/ William J. Portanova*
                                 WILLIAM J. PORTANOVA

                                 Attorney for Defendant
                                 ALEX ALTOH

DATED: February 4, 2025          MICHELE BECKWITH
                                 Acting United States Attorney


                                 */s/ Denise Yasinow*
                                 DENISE YASINOW
                                 Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO ORDERED.

Dated: February 04, 2025          /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE